IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRUNICE PATTERSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:07cv596-ID |
| v. | ) |
| | ) |
| **AUTO-OWNERS INS. CO., et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon CONSIDERATION of Defendant Bill Reaves' motion to dismiss (Doc. No. 5), filed June 27, 2007, it is ORDERED that Plaintiff show cause on or before July17, 2007, why said motion should not be granted.

Done this 2nd day of July, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE