IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRUNICE PATTERSON,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:07cv596-ID |
| v. | ) |
| | ) |
| **AUTO-OWNERS INS. CO., et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

Upon CONSIDERATION of Plaintiff Brunice Patterson's motion to remand (Doc. No. 7), filed July 17, 2007, Defendants are ORDERED to show cause, if any there be, on or before July 27, 2007, why said motion should not be granted. Plaintiff may file a reply, if desired, on or before August 6, 2007.

Done this 18th day of July, 2007.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE